**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01031-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

DAVID HOVER,

      Applicant,

v.

ADAMS COUNTY DISTRICT COURT,

      Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

     Applicant, David Hover, is a prisoner in the custody of the Colorado Department

of Corrections who currently is incarcerated at the Sterling Correctional Facility in

Sterling, Colorado.  Mr. Hover has submitted an Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this order.  Mr.

Hover will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Hover files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___     is not submitted
(2)   ___     is missing affidavit

(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   __    is missing certificate showing current balance in prison account

(5)   __    is missing required financial information

(6)   __    is missing an original signature by the prisoner

(7)   __    is not on proper form (must use the court's current form)

(8)   __    names in caption do not match names in caption of complaint, petition or habeas application

(9)   __    An original and a copy have not been received by the court. Only an original has been received.

(10)   _X_    other: certificate showing current balance in prison account refers to *Hover v. C.C.A.*, No. 11-cv-02170-WJM-BNB (D. Colo. Apr. 10, 2012). Applicant must clarify whether he intended the § 1915 motion and affidavit and attached certificate to be filed in the instant action or in No. 11-cv-02170-WJM-BNB.

**Complaint, Petition or Application**:

(11)   __    is not submitted

(12)   __    is not on proper form (must use the court's current form)

(13)   _X_    is missing an original signature by the prisoner and request for relief on missing page no. 9

(14)   _X_    is missing page no. _9_

(15)   __    uses et al. instead of listing all parties in caption

(16)   __    An original and a copy have not been received by the court. Only an original has been received.

(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   __    names in caption do not match names in text

(19)   _X_    other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian. Adams County District Court is not a proper party to this action.

Accordingly, it is

ORDERED that Applicant, David Hover, cure the deficiencies designated above

**within thirty days from the date of this order**. Any papers that Mr. Hover files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Hover shall obtain the Court-approved form used

in filing a 28 U.S.C. § 2254 action (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov, and use that form in submitting the amended application.  It is

FURTHER ORDERED that, if Mr. Hover fails to cure the designated deficiencies

**within thirty days from the date of this order**, the application will be denied and the

action dismissed without further notice.

DATED April 18, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge